**John CAVANAUGH, Appellant,**

v.

**Charles J. LONG, Appellee.**

**No. 15530.**

United States Court of Appeals
Ninth Circuit.

Feb. 24, 1958.

Grubic, Drendel & Bradley, William O. Bradley, Reno, Nev., for appellant.

Perry W. Morton, Asst. Atty. Gen., Elizabeth Dudley, Atty., Dept. of Justice, Washington, D. C., Franklin P. R. Rittenhouse, U. S. Atty., Las Vegas, Nev., for appellee.

Before HEALY, LEMMON, and BARNES, Circuit Judges

PER CURIAM.

The judgment below is affirmed for the reasons given in the opinion and order of the trial judge on the motion to dismiss, Cavanaugh v. McKenzie, D.C., 159 F. Supp. 555.

**Anthony B. CASSIUS, Plaintiff-Appellant,**

v.

**Lee MORTIMER, Glenn Neville, as Ancillary Executor of the Estate of Jack Lait, deceased, Crown Publishers, Inc. and American Book-Stratford Press, Inc., Defendants-Appellees.**

**No. 266, Docket 24936.**

United States Court of Appeals
Second Circuit.

Argued March 25, 1958.

Decided March 25, 1958.

Squadron & Alter, New York City (Howard M. Squadron, New York City, and Allen M. Lewin, New York City, on the brief), for plaintiff-appellant.

Townley, Updike, Carter & Rodgers, New York City (James W. Rodgers, New York City and Andrew L. Hughes, New York City, on the brief), for defendant-appellant Crown Publishers, Inc.

Weisman, Celler, Allan, Spett & Sheinberg, New York City (Adolph Kaufman, New York City and Ralph J. Schwarz, Jr., New York City, on the brief), for defendant-appellee American Book-Stratford Press, Inc.

Before CLARK, Chief Judge, LUMBARD, Circuit Judge, and DIMOCK, District Judge.

PER CURIAM.

Judgment affirmed in open court.

**Walter MUCKLE, Plaintiff-Appellee,**

v.

**SWORD LINE, Inc., Defendant-Appellant.**

**No. 270, Docket 24949.**

United States Court of Appeals
Second Circuit.

Argued March 25, 1958.

Decided March 25, 1958.

Theodore J. Breitwieser, New York City, for defendant-appellant.

Bernard Rolnick, New York City (Milton H. Spiero, New York City, on the brief), for plaintiff-appellee.

Before CLARK, Chief Judge, LUMBARD, Circuit Judge, and DIMOCK, District Judge.

PER CURIAM.

Appeal dismissed in open court for want of a final order.